# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

WESLEY JONES                                                                                    PLAINTIFF

VS.                              5:18-CV-105-BRW-BD

JAMES HAMPTON                                                    DEFENDANT

## ORDER

I have received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After carefully considering the Recommendation and Mr. Jones's objections, and after a *de novo* review of the record, I approve and adopt the Recommendation in all respects.

Defendant Hampton's motion for summary judgment (Doc. No. 18) is GRANTED. Mr. Jones's claims are DISMISSED, without prejudice, based on his failure to exhaust his administrative remedies.

The Clerk is instructed to close this case.

IT IS SO ORDERED, this 5th day of November, 2018.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE