# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**WESLEY JONES**                                                                **PLAINTIFF**

**VS.**                          **5:18-CV-105-BRW-BD**

**JAMES HAMPTON**                                              **DEFENDANT**

## **JUDGMENT**

Based on the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 5th day of November, 2018.

                                                   /s/ Billy Roy Wilson _____
                                                   UNITED STATES DISTRICT JUDGE